IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

  Plaintiff,

v.

583 MISCELLANEOUS FIREARMS AND AMMUNITION,

  Defendant.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

  The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Claims G(2), states:

### JURISDICTION AND VENUE

  1. The United States of America (the "United States") has commenced this action pursuant to the civil forfeiture provisions of 18 U.S.C. § 924(d), seeking forfeiture of the defendant property involved in violations of 18 U.S.C. § 922(a)(1)(A).  This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

  2. Venue is proper under 28 U.S.C. § 1395, as the defendant property is located, and all acts described herein occurred, in the District of Colorado.

### DEFENDANT PROPERTY

  3. Defendant property constitutes 583 Miscellaneous Firearms and Ammunition, which are fully described in Attachment A, which is incorporated herein.

Defendant Firearms were seized on March 31, 2015, at Gunsmoke, Inc. located at 9690 West 44th Avenue, Wheat Ridge, Colorado, and are currently in the custody of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) in Denver, Colorado.

## FACTUAL BASIS FOR FORFEITURE

Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

4.  The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) has conducted an investigation into the illegal sales of firearms by a business known as Gunsmoke Guns, Inc. (Gunsmoke) and Richard Wyatt.

## BACKGROUND

5.  Gunsmoke is a gunsmithing and firearms business, owned and operated by Richard Wyatt, Jr. (Wyatt) located at 9690 West 44th Avenue, Wheat Ridge, Colorado, with a storefront sign mounted over the door that reads "Gunsmoke, Buy, Sell, Trade." Gunsmoke is known through internet advertising for their customizing and sales of firearms as well as instructional classes held by Wyatt.

6.  ATF agents repeatedly reviewed Gunsmoke's website, www.gunsmokeguns.com in February and March 2015. The website showed the store address as 9690 W. 44th Avenue, Wheat Ridge, Colorado and the store hours were "Tuesday thru Saturday, 10AM to 7PM." The website also stated that Gunsmoke provides "Unparalleled Quality" in Firearms, Firearm Accessories, Gunsmithing, and Firearms Instruction.

7. Wyatt and his family were also the subjects of a television show on the Discovery Channel, titled "American Guns."  The show was on the air from 2011 until late 2012, and featured the family operating Gunsmoke for the purpose of dealing in firearms and gunsmithing.

8. A search of the Colorado Secretary of State business records for "Gunsmoke" and "Richard Wyatt," showed Articles of Incorporation for Gunsmoke Custom Gunsmithing, Inc. located at 9690 West 44th Avenue, Wheat Ridge, Colorado, filed on March 1, 1996, and listed Richard Wyatt as the registered agent.

9. This search also showed, the Articles of Incorporation for Gunsmoke Guns, Inc. located at 9690 West 44th Avenue, Wheat Ridge, Colorado, filed on April 29, 2011, and listed Richard Wyatt as the registered agent.

Legal Background

10. As defined in 18 U.S.C. § 921(a)(11)(A) and (B), a firearms dealer is any person engaged in the business of selling firearms at wholesale or retail, and any person engaged in the business of repairing firearms or of making or fitting special barrels, stocks, or trigger mechanisms to firearms.

11. Section 923(a) requires that persons engaged in the business of dealing in firearms, including dealing, gunsmithing, and manufacturing, obtain a license from the Attorney General.  A license is known as a "Federal Firearms License: or "FFL."  One of the functions of ATF is to regulate the firearms industry, which includes regulation of the licensees, including dealers, manufacturers, and gunsmiths, which is the responsibility of ATF Industry Operations Investigators (IOI).  IOIs conduct inspections at the time of

application for a FFL, and periodic inspections, of no more than once annually, of licensees. If IOIs discover regulatory violations, they can seek revocation of the license. If they discover criminal violation, a referral can be made to ATF Criminal Enforcement, so a criminal investigation can be conducted by Special Agents.

12.     Title 27, Code of Federal Regulations, Part 478, requires that a separate FFL be obtained for each business location, with the exception of separate warehouses used by the licensee solely for storage of firearms or ammunition, if the records required by this part are maintained at the licensed premises served by such warehouses. This is known as "off-site" storage.   There is also an exception that allows licensees to operate at gun shows.

ATF Licensing History for Gunsmoke, Inc.

13.     ATF Industry Operations maintains a database that contains information for all firearms licensees known as the Federal Licensing System (FLS).   Through a FLS query, ATF discovered that there was no current license information for Gunsmoke located at 9690 West 44th Avenue, Wheat Ridge, Colorado.

14.     FLS records did show that Wyatt was licensed to sell firearms from 1986 to 1989, doing business as Gun Site Custom Gunsmithing.   There are no records of Wyatt having a license or being a responsible party on a license from 1989 until 1996.

15.     In May 1996, Gunsmoke Gunsmithing, Inc., with Wyatt listed as the president, was licensed at 9690 West 44th Avenue, Wheat Ridge, Colorado. That license was listed as "Out of Business" in October 2006, with records indicating "Successor has Records."

16.     In April 2006, Gunsmoke was licensed at 9690 West 44th Avenue, Wheat Ridge, Colorado with Victor Rodriquez listed on the license as President and Wyatt listed as "RP" or responsible party.

17.     In 2009, ATF Industry Operations began inquiring into the ownership of Gunsmoke and determined that a renewal of the license was needed and should be in Wyatt's name.  Documentation was sent to Wyatt to change the ownership and renew the license, but following non-receipt, ATF Industry Operations began the process to seek revocation of the license.  The Notice of Revocation was sent in August 2011.  The license was surrendered in May 2012.

18.     Following the revocation and surrender of the Gunsmoke license in 2012, Triggers Firearms, LLC amended its license to change the premises address of Triggers Firearms, LLC to 9690 West 44th Avenue, Wheat Ridge, Colorado, the same address as Gunsmoke.  In May 2012, ATF Industry Operations began the process to seek revocation of Triggers Firearms, LLC's license, which was surrendered in April 2013.

## INVESTIGATION

Complaintant

19.     As part of the ATF's investigation, agents with ATF learned of a complaint made in October 2014, from a buyer about a firearms transaction at Gunsmoke located at 9690 West 44th Avenue, Wheat Ridge, Colorado.  The buyer reported that approximately a year prior he had made a down payment at Gunsmoke to buy a compact Smith & Wesson revolver, which Gunsmoke advertised as a custom firearm, called the "Wyatt Deep Cover."

20. During the purchase, the buyer was told the firearm was not available at that time, but he would be called later to complete the purchased when the gun arrived. As time passed, the buyer had not received the firearm and had stopped by Gunsmoke on numerous occasions and had called them several times to inquire if the gun was ready. The buyer was finally told in October, 2014, that the firearm was ready and that he would need to complete the transaction at a different store in Arvada, Colorado, which he identified as The Gunner's Den located at 12325-B West 64th Avenue, Arvada, Colorado.

21. It was determined that the purchase of the revolver was initiated during the time that Trigger's Firearms, LLC, a Federal Firearms Licensee, was operating out of Gunsmoke's location.

22. In February of 2015, ATF received information from another law enforcement agency, that WYATT was currently engaged in the business of dealing in firearms, including gunsmithing, without a license, and that another firearms business was being used to complete the firearm sales.

First Undercover Purchase

23. On February 18, 2015, ATF initiated an operation to purchase firearms from Gunsmoke located at 9690 West 44th Avenue. An undercover agent (UC1) with ATF entered Gunsmoke and spoke with a store employee. UC1 noticed several pistols in two display cases and several long arms in gun racks behind the display cases that were for sale.

24. UC1 asked the sales employee about the firearms that were for sale and stated that he was looking for a small revolver and possibly a 9mm or a .40 caliber small

frame semi-automatic pistol.

25. The sales employee removed a small revolver from a peg on the gun rack and told UC1 that it was a custom Gunsmoke Wyatt Undercover Special revolver, called the "Wyatt Deep Cover." UC1 observed that the revolver was a Smith & Wesson revolver with custom hip grips and the word "Gunsmoke" engraved on the barrel and "Wyatt Undercover Special" engraved on the frame of the firearm.

26. UC1 told the store employee that he was interested in purchasing one of the revolvers and also a semi-automatic pistol. The sales employee showed UC1 a Springfield XD .40 caliber full-size semi-automatic pistol and told UC1 that the pistol was the only one of the .40 caliber pistols they currently had for sale.

27. UC1 stated that UC1 was not interested in purchasing the Springfield XD and asked if they had a second Smith & Wesson revolver for sale that matched the first revolver. The store employee said they had several additional revolvers for sale.

28. The store employee told UC1 that UC1 would need to fill out some paperwork prior to purchasing the firearms and asked UC1 for UC1's driver's license and a phone number. The store employee then told UC1 that UC1 would need to pay for the guns and tax at Gunsmoke, but would need to complete the background check at a different store. Once the background check cleared, UC1 would be given the guns at the other store.

29. UC1 asked the store employee why they did not do the background check at Gunsmoke and was told they did not do the background checks because they were waiting for their new FFL (Federal Firearms License).

30. UC1 paid for the firearms and was directed to take the receipt to the other location where, after passing the background check, UC1 would take possession of the purchased firearms.

31. The store employee contacted The Gunner's Den to let them know he would be sending UC1 over to do a background check and to pick up two of the Wyatt Deep Covers that UC1 had just purchased.

32. The store employee handed UC1 the receipt and said UC1 would need to take it to The Gunner's Den located at 64th and Ward Road. UC1 asked the store employee if UC1 wanted to get any initials engraved would UC1 need to bring them back to Gunsmoke. The store employee told UC1 that items like ammo holsters and laser engraving could be purchased at Gunsmoke. The store employee explained to UC1, that while they are waiting for their FFL, the guns are shipped to The Gunner's Den and are picked up there.

33. UC1 left Gunsmoke and drove to The Gunner's Den where UC1 met with a sales employee and completed the ATF Form 4473 Firearms Transaction Record. UC1 noticed that the FFL information listed on the form was for The Gunner's Den.

34. At The Gunner's Den, UC1 was given a box containing five Smith & Wesson revolvers and told to pick out whichever serial numbers that UC1 wanted for the two firearms that UC1 was going to purchase.

35. UC1 asked why UC1 had to come to The Gunner's Den to complete the paperwork for the firearms purchased at Gunsmoke. The sales employee stated that it was because Gunsmoke's FFL was on hold and that they could not do the transfer. The

store employee also told UC1, "the way we're processing their (Gunsmoke's) stuff is, it's not even like a consignment because we're not taking any money for the guns. We're not selling them.   All we're doing is transferring.   It's a private transfer from them to whoever they're selling them to."   Following the completion of the background check, UC1 left The Gunner's Den with the two Smith & Wesson revolvers UC1 had previously purchased at Gunsmoke.

Second Undercover Purchase

36.   On March 3, 2015, a second purchase was completed by UC1 at Gunsmoke.  As UC1 entered the store, UC1 was greeted by Wyatt and then walked to the counter where UC1 met with the store employee that had helped UC1 with the earlier purchase of the two Smith & Wesson revolvers.

37.   UC1 spoke with the store employee about purchasing a Colt Model 1911 pistol.   The store employee told UC1 they had a Colt 1911 that had not been customized yet and would cost $2,000.00.   The store employee left for a few minutes and returned with a Colt 1911 that had been customized and told UC1 that he believed it was for sale. The sales employee walked over to Wyatt and confirmed that it was for sale and asked the price.   Wyatt stated the cost for the fully customized Colt 1911 was $4,900.00.

38.   UC1 and Wyatt discussed the purchase of the customized and the non-customized Colt 1911s. The UC asked if UC1 would need to go back to The Gunner's Den again to complete a background check and was told a background check is needed with each purchase.   UC1 told the store employee that UC1 wanted to take the gun today and asked how that would work and if UC1 needed to come back and pick up the gun.

The sales employee told UC1 to follow UC1 to The Gunner's Den and that he would give the firearm to the sales people at The Gunner's Den.

39. Following the purchase, UC1 followed the Gunsmoke sales employee to The Gunner's Den. The sales employee of Gunsmoke placed the pistol purchased by UC1 on the counter and asked the sales employee of The Gunner's Den to do a background check. UC1 completed the ATF Form 4473 Firearms Transaction Record. The ATF Form 4473 noted that the FFL information listed on the form was for The Gunner's Den.

40. Once the background check was completed UC1 left The Gunner's Den with the Colt .45 caliber pistol UC1 had purchased at Gunsmoke.

Third Undercover Purchase

41. On March 18, 2015, a third purchase of a firearm was made at Gunsmoke by a second undercover agent (UC2). UC2 entered Gunsmoke and spoke with a sales person about purchasing a Smith & Wesson revolver with "Tiffany & Co" markings and "Tiffany & Co" colored grips that was on display. The store employee stated that that particular firearm was not for sale, but they could customize another revolver the same way.

42. UC2 then discussed the purchase of a Smith & Wesson "Wyatt Deep Cover" revolver. UC2 agreed to purchase the revolver, "speed strips" (used for carrying spare ammunition), and a box of 25 rounds of .38 caliber ammunition.

43. While at Gunsmoke, UC2 spoke with Wyatt, who had inquired about this purchase, and suggested UC2 take one of the firearms classes offered at Gunsmoke.

44.     During the transaction, UC2 noticed multiple display cases with firearms displayed for sale, along with other merchandise, including firearms accessories and ammunition.

45.     UC2 paid for and received a receipt for the firearm, the speed strips, and ammunition.   UC2 noticed that on the receipt the firearm was listed as "Misc Item."   UC2 was then instructed to take the receipt to The Gunner's Den where UC2 would complete the background check and receive the firearm.

46.     UC2 left Gunsmoke and drove to The Gunner's Den where UC2 completed ATF form 4473 Firearms Transaction Record.   Upon approval of the background check, UC2 received the Smith & Wesson .38 caliber revolver UC2 had purchased at Gunsmoke.

Execution of Search Warrant at Gunsmoke

47.     On March 31, 2015, ATF executed a search warrant at Gunsmoke.   Wyatt arrived at the time the search warrant was being executed and agents explained to Wyatt that the search warrant was for evidence related to dealing in firearms without a license.

48.     As agents entered the business, they observed gun racks and display cases that contained defendant firearms, which were marked for sale.

49.     During the search, agents found defendant firearms and ammunition, documents, several firearms that Wheat Ridge police department had listed as stolen, Denver police department badges, and United States currency that had been placed in envelopes with receipts for firearms sales and gunsmithing services.

Conclusion

50. In summary, there is reasonable cause to believe that the Richard Wyatt and Gunsmoke are involved in the sales of firearms without a Federal Firearms License and defendant Firearms and Ammunition are forfeitable property used or involved in any violation of 18 U.S.C. § 922(a)(1)(A).

**VERIFICATION OF MARK FELTZ**
**SPECIAL AGENT, BUREAU OF ALCOHOL, TOBACCO,**
**FIREARMS, AND EXPLOSIVES**

I, Special Agent, Mark Feltz, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

_____
Mark Feltz
Special Agent - ATF

STATE OF COLORADO     )
                      ) ss
COUNTY OF DENVER      )

The foregoing was acknowledged before me this 21st day of September, 2015 by Mark Feltz, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives.

PAMELA D. THOMPSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064017152
MY COMMISSION EXPIRES MAY 3, 2018

Pamela D. Thompson
Notary Public - Colorado
My Commission Expires: 5/3/2018

## FIRST CLAIM FOR RELIEF

51. The Plaintiff repeats and incorporates by reference each of the paragraphs above.

52. By the foregoing and other acts, defendant Firearms and Ammunition constitutes property involved in, used, or intended to be used in any knowing violation of 18 U.S.C. § 922(a)(1)(A).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant property in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 21st day of September, 2015.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: /s/ Tonya S. Andrews
Tonya S. Andrews
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: tonya.andrews@usdoj.gov
*Attorney for Plaintiff*