IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:15-cv-02090-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

583 MISCELLANEOUS FIREARMS AND AMMUNITION,

    Defendant.

_____

**ORDER**
_____

Having received Claimant's Unopposed Motion to Stay Proceedings (Doc. 17) and for the reasons stated therein, the motion is GRANTED and these forfeiture proceedings STAYED pending resolution of the related state criminal proceedings.

The Government shall submit quarterly status reports beginning May 2, 2016.

SO ORDERED this 2nd day of February, 2016.

                BY THE COURT:

                _____
                John L. Kane
                Senior U.S. District Court Judge